IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARSHA ETHERIDGE**                                                                  **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 1:11-cv-175-HSO-JMR**

**COUCH, STILLMAN, BLITT & CONVILLE and**
**BANK OF AMERICA a/k/a FIA CARD SERVICES, N.A.**          **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on the parties' Joint Motion to Dismiss. In accord with the Agreed Order of Dismissal entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 12th day of January, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE